SID M. ROSENBERG, ESQ., SBN 129158
LAW OFFICES OF ROSENBERG & LINK
AN ASSOCIATION OF
PROFESSIONAL LAW CORPORATIONS
725 30TH STREET, SUITE 107
SACRAMENTO, CA  95816
Telephone:    (916) 447-8101
Facsimile:     (916) 447-4750

ATTORNEY FOR DEFENDANT,
B.I.G. GARDEN CLUB, LLC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff.<br>v.<br><br>B.I.G. GARDEN CLUB, LLC,<br><br>           Defendant. | CASE NO. 2:11-CV-00982-KJM-DAD<br><br>STIPULATION AND ORDER<br>TO CONTINUE VOLUNTARY<br>SETTLEMENT CONFERENCE DATE |

## STIPULATION

IT IS HEREBY STIPULATED by and between SCOTT N. JOHNSON, ESQ., plaintiff, in Propria Persona, and B.I.G. GARDEN CLUB, LLC, defendant, by and through their counsel, Sid M. Rosenberg, Esq., of the Law Offices of Rosenberg & Link, that the current date set for settlement conference in the matter, October 14, 2011, be vacated and changed to November 29, 2011.

Dated: August 25, 2011          */s/ Scott N. Johnson*
                                SCOTT N. JOHNSON, ESQ.
                                Plaintiff, In Propria Persona

**LAW OFFICES OF ROSENBERG & LINK**
An Association of Professional Law Corporations

Dated: August 25, 2011          /s/ *Sid M. Rosenberg, Esq.*
                                Sid M. Rosenberg, Esq.
                                Attorney for Defendant,
                                B.I.G. Garden Club, LLC

### ORDER

The stipulation to vacate the current settlement conference date of October 14, 2011, and request to rest the conference until November 29, 2011, having been presented, and good cause appearing therefore,

**IT IS ORDERED**, that the present date set for settlement conference be vacated, and that the settlement conference be set for November 29, 2011 at 9:00 AM, in Courtroom 25.

Dated  September 1, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND ORDER TO SET ASIDE DEFAULT**