1  **SID M. ROSENBERG, ESQ., SBN 129158**
   **LAW OFFICES OF ROSENBERG & LINK**
2  **AN ASSOCIATION OF**
   **PROFESSIONAL LAW CORPORATIONS**
3  **725 30TH STREET, SUITE 107**
   **SACRAMENTO, CA  95816**
4  **Telephone:     (916) 447-8101**
   **Facsimile:       (916) 447-4750**
5

6  **ATTORNEY FOR DEFENDANT,**
   **B.I.G. GARDEN CLUB, LLC**
7

8             IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | SCOTT N. JOHNSON, | CASE NO. 2:11-CV-00982-KJM-DAD |

12 |                   | **STIPULATION AND ORDER** |
   | Plaintiff.         | **TO CONTINUE VOLUNTARY** |
13 | v.                | **SETTLEMENT CONFERENCE DATE** |

14 | B.I.G. GARDEN CLUB, LLC, |

15 | Defendant. |

16

17

18                        **<u>STIPULATION</u>**

19         IT IS HEREBY STIPULATED by and between SCOTT N. JOHNSON, ESQ., plaintiff, in

20 Propria Persona, and B.I.G. GARDEN CLUB, LLC, defendant, by and through their counsel, Sid

21 M. Rosenberg, Esq., of the Law Offices of Rosenberg & Link, that the current date set for settlement

22 conference in the matter, October 14, 2011, be vacated and changed to November 29, 2011.

23

24

25 Dated: August 25, 2011           */s/ Scott N. Johnson*
                                    SCOTT N. JOHNSON, ESQ.
26                                  Plaintiff, In Propria Persona

27

28

                                    1
                **STIPULATION AND ORDER TO SET ASIDE DEFAULT**

**LAW OFFICES OF ROSENBERG & LINK**
An Association of Professional Law Corporations

Dated: August 25, 2011       /s/ *Sid M. Rosenberg, Esq.*
　　　　　　　　　　　　　　Sid M. Rosenberg, Esq.
　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　B.I.G. Garden Club, LLC

### ORDER

The stipulation to vacate the current settlement conference date of October 14, 2011, and request to rest the conference until November 29, 2011, having been presented, and good cause appearing therefore,

**IT IS ORDERED**, that the present date set for settlement conference be vacated, and that the settlement conference be set for November 29, 2011 at 9:00 AM, in Courtroom 25.

Dated  September 1, 2011

　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND ORDER TO SET ASIDE DEFAULT**